No. 605. MORRIS *v.* CITY OF ST. PAUL. Supreme Court of Minnesota. Certiorari denied.

No. 610. ACCARDY *v.* CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Thomas Whelan* for petitioner.

No. 615. ROBINSON ET AL. *v.* FRANKE, SECRETARY OF THE NAVY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Penrose Lucas Albright* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Leonard* and *Alan S. Rosenthal* for respondent.

No. 616. RADOM & NEIDORFF, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Michael Kaminsky* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Sellers, I. Henry Kutz* and *John J. Pajak* for the United States.

No. 620. LUCAS *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Alexander N. Apostolou* for petitioner.

No. 624. KECO INDUSTRIES, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Paul W. Steer* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Leonard* and *John G. Laughlin, Jr.* for the United States.